UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN McCARTHY, :
   Petitioner :
 vs. :
          : CIVIL NO. 1:CV-12-0846
WARDEN, :
          : (Judge Caldwell)
   Respondent :

*O R D E R*

AND NOW, this 29th day of July, 2013, for the reasons set forth in the accompanying memorandum, it is ordered that:

  1. The Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is denied.

  2. Petitioner's Motion for a Ruling (Doc. 10) is denied as moot.

  3. The Clerk of Court is directed to close this file.

           /s/ William W. Caldwell
           William W. Caldwell
           United States District Judge